# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY LYNN BAKER, JR., A/K/A
JEFFERY LYNN BAKER, JR.,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 79328

**FILED**

SEP 1 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; J. Charles Thompson, Judge.

The notice of appeal fails to identify the specific judgment or order being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on January 8, 2019, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-37881

cc: Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Hon. Mary Kay Holthus, District Judge
Jeffrey Lynn Baker, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2